UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MAGGIE HICKS,                           CASE NO.: 2:18-cv-140-FtM-99MRM

    Plaintiff,

v.

FSI & ALI INC., a Florida Profit
Corporation, d/b/a 7-ELEVEN; and
MASSOOD ALI, Individually,

    Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to this Court's Interested Persons Order [D.E. 7], Plaintiff hereby discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a) Maggie Hicks – Plaintiff

    b) FSI & ALI, Inc. – Defendant

    c) Massood Ali – Defendant

    d) Morgan & Morgan, P.A. – Counsel for Plaintiff

    e) Angeli Murthy, Esquire – Counsel for Plaintiff

1

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

a) None known at this time

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

a) None other than the persons identified in paragraph 1 above

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

a) Maggie Hicks – Plaintiff

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Respectfully submitted this 15th day of March, 2018.

/s/ ANGELI MURTHY
ANGELI MURTHY, ESQ.
FL Bar No.: 088758
MORGAN & MORGAN, P.A.
600 North Pine Island Road, Suite 400
Plantation, Florida 33324
Tel: 954-318-0268/Fax: 954-327-3016
E-Mail: **Amurthy@forthepeople.com**
*Trial Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of March, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**/s/ ANGELI MURTHY**
ANGELI MURTHY, ESQ.
